Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-779**

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Moses splits the sea

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 09, 2014
**Nation of 1st Publication:** Germany

## Author

- **Author:** Ruediger Lauktien
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Ruediger Lauktien
Birkenhof 37, Leegebruch, 16767, Germany

## Rights and Permissions

**Name:** Ruediger Lauktien
**Email:** post@lauktien-friends.de
**Address:** Birkenhof 37
Leegebruch 16767 Germany

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** RD2025052001

Page 1 of 2

