**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RUEDIGER LAUKTIEN,

    Plaintiff,                                             Case No.: 1:26-cv-01647

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | qiu ying Regional poster |
| 2 | bing fan Ordinary poster |
| 3 | KUBOOM |
| 4 | DZ ART-US |
| 5 | Nepnuser |
| 6 | YYLposter |
| 7 | quwoxianhanxuanshangmaoyouxiangongsi |
| 8 | ZeroElec |
| 9 | June Decorate |
| 10 | Three posters |
| 11 | VividWall poster |
| 12 | SkyCanvas Poster |
| 13 | OK poster |
| 14 | Happy Canvas |
| 15 | posters ONE |
| 16 | Design and Display |
| 17 | ZYY art |
| 18 | Hipic Art |
| 19 | Big head wall art |
| 20 | Wow Poster |
| 21 | DIY MRDDK |
| 22 | yujian art |
| 23 | B Sincere Decorative painting |
| 24 | O Fast decorative painting |

| | |
|---|---|
| 25 | YoucaiStudio |
| 26 | qinqi art |
| 27 | Joyfullo |
| 28 | New canvas art painting |
| 29 | X S Decorative painting monopoly |
| 30 | Artistic optical painting |
| 31 | CalbouKimctMI |
| 32 | The Decorative Home |
| 33 | Fengyu wall art |
| 34 | Dylan Chen |
| 35 | Signboards of metal |
| 36 | Ayanglinga |
| 37 | The Wall decorat |
| 38 | Canvas Printing Painting Art |
| 39 | achenjin |
| 40 | The Fashion Wall |
| 41 | Ling Teng Poster |
| 42 | Timely canvas painting |
| 43 | Chic Wall Painting |
| 44 | YNAdian |
| 45 | The panting wall |
| 46 | Clock Wall Art |
| 47 | Interesting pavilion |
| 48 | XYY Decorative paintings and posters |
| 49 | han wall art |
| 50 | XJ Decorative paintings and posters |
| 51 | Diverse Poster Wall Art |
| 52 | YOuYOu Canvas Poster |
| 53 | Boutique Jesus Poster Shop |
| 54 | shannixing HD canvas poster |
| 55 | ruihua744 |